IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | All Cases in Exhibit A |

## ORDER

The PPO8 Motions to Dismiss Case pending in the cases listed in Exhibit A are GRANTED.  Accordingly, the CASES are DISMISSED based on the terms and conditions in PPO8.

IT IS SO ORDERED this 29th day of December, 2008.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1

## EXHIBIT A

4:08-cv-03624-WRW   Adkins et al v. American Home Products Corporation, et al

4:08-cv-03625-WRW   Adkins et al v. American Home Products Corporation, et al

4:08-cv-03633-WRW   Anderson et al v. American Home Products Corporation, et al

4:08-cv-03638-WRW   Ash et al v. American Home Products Corporation, et al

4:08-cv-03646-WRW   Belcher et al v. American Home Products Corporation, et al

4:08-cv-03651-WRW   Bolen et al v. American Home Products Corporation, et al

4:08-cv-03654-WRW   Bousheley et al v. American Home Products Corporation, et al

4:08-cv-03658-WRW   Fulkes-Bowles et al v. American Home Products Corporation, et al

4:08-cv-03660-WRW   Bridwell v. American Home Products Corporation, et al

4:08-cv-03669-WRW   Brown v. American Home Products Corporation, et al

4:08-cv-03680-WRW   Campbell v. American Home Products Corporation, et al

4:08-cv-03695-WRW   Cavender v. American Home Products Corporation, et al

4:08-cv-03721-WRW   Copley et al v. American Home Products Corporation, et al

4:08-cv-03730-WRW   Curtis et al v. American Home Products Corporation, et al

4:08-cv-03731-WRW   Day et al v. American Home Products Corporation, et al

4:08-cv-03733-WRW   Dean v. American Home Products Corporation, et al

4:08-cv-03751-WRW   Ervin v. American Home Products Corporation, et al

4:08-cv-03756-WRW   Facemire v. American Home Products Corporation, et al

4:08-cv-03758-WRW   Finley v. American Home Products Corporation, et al

4:08-cv-03776-WRW   Good et al v. American Home Products Corporation, et al

4:08-cv-03792-WRW   Hale v. American Home Products Corporation, et al

4:08-cv-03816-WRW   Hooser v. American Home Products Corporation, et al

4:08-cv-03848-WRW   Kasey v. American Home Products Corporation, et al

4:08-cv-03852-WRW   Kerns v. American Home Products Corporation, et al

4:08-cv-03866-WRW   Lambert et al v. American Home Products Corporation, et al

4:08-cv-03881-WRW   Lieving et al v. American Home Products Corporation, et al

4:08-cv-03885-WRW   Logue v. American Home Products Corporation, et al

4:08-cv-03886-WRW   Long v. American Home Products Corporation, et al

4:08-cv-03896-WRW   Massey et al v. American Home Products Corporation, et al

4:08-cv-03899-WRW   May v. American Home Products Corporation, et al

4:08-cv-03912-WRW   McGraw et al v. American Home Products Corporation, et al

4:08-cv-03917-WRW   Rutherford v. American Home Products Corporation, et al

4:08-cv-03926-WRW   Scaggs et al v. American Home Products Corporation, et al

4:08-cv-03941-WRW   Simmons et al v. American Home Products Corporation, et al

4:08-cv-03965-WRW   Sturgell et al v. American Home Products Corporation, et al

4:08-cv-03971-WRW   Miles et al v. American Home Products Corporation, et al

4:08-cv-03988-WRW   Thompson v. American Home Products Corporation, et al

4:08-cv-03999-WRW   Toncray v. American Home Products Corporation, et al

4:08-cv-04014-WRW   Murphy et al v. American Home Products Corporation, et al

4:08-cv-04021-WRW   Napier et al v. American Home Products Corporation, et al

4:08-cv-04023-WRW   Noe v. American Home Products Corporation, et al

4:08-cv-04032-WRW   Wallace et al v. American Home Products Corporation, et al

4:08-cv-04035-WRW   Walls et al v. American Home Products Corporation, et al

4:08-cv-04037-WRW   Ohler et al v. American Home Products Corporation, et al

4:08-cv-04040-WRW   Wardle et al v. American Home Products Corporation, et al

4:08-cv-04076-WRW   Workman v. American Home Products Corporation, et al

4:08-cv-04089-WRW   Price v. American Home Products Corporation, et al

4:08-cv-04096-WRW   Ray v. American Home Products Corporation, et al